UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

MILAGROS SENIOR, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

               Plaintiffs,

               v.

MAUNE CONTEMPORARY, LLC,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

No.: 1:22-cv-7524

**NOTICE OF VOLUNTARY DISMISSAL**

       Plaintiff(s), MILAGROS SENIOR, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, MAUNE CONTEMPORARY, LLC, with prejudice and without fees and costs.

Dated:  New York, New York
        December 23, 2022

                             **GOTTLIEB & ASSOCIATES**

                             */s/Michael A. LaBollita, Esq.*

                   Michael A. LaBollita, Esq., (ML-9985)
                       150 East 18th Street, Suite PHR
                           New York, NY 10003
                           Phone: (212) 228-9795
                             Fax: (212) 982-6284
                           Michael@Gottlieb.legal

                             *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge